The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LEE-CARROLL,<br><br>Defendant. | NO. CR24-202-JLR<br><br>**ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT** |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward anticipated criminal monetary impositions before sentencing.

After reviewing the stipulated motion, and finding good cause, the Court enters the following ORDER:

Pursuant to Local Criminal Rule 38, the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $508,101.31. The Clerk shall

///

///

Order Authorizing Clerk of Court to Accept Payment - 1
*United States v. Kelly M. Lee-Carroll*, CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 hold the funds until they can be disbursed pursuant to a separate order entered after
2 sentencing, to pay any criminal judgment entered in this case.

DATED: January 14, 2026

_____
THE HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/Krista K. Bush*
YUNAH CHUNG
KRISTA K. BUSH
Assistant United States Attorneys

*s/Krista K. Bush*
TEYMUR ASKEROV
Attorney for Defendant Kelly M. Lee-Carroll
* Permission to e-sign and e-file obtained
  via email on January 13, 2026

Order Authorizing Clerk of Court to Accept Payment - 2
*United States v. Kelly M. Lee-Carroll*, CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970