The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLY LEE CARROLL,

Defendant.

No. CR24-202-1 JLR

ORDER ON DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBITS

THE COURT, having considered Kelly Lee Carroll's motion to seal the sentencing memorandum and accompanying exhibits, finds that there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that the sentencing memorandum and accompanying exhibits be filed under seal.

Entered this 18th day of February, 2026.

_James R. Robart_
James L. Robart
United States District Judge

Presented by:

_s/Teymur Askerov_
Attorney for Kelly Lee Carroll

ORDER ON DEFENDANT'S MOTION TO SEAL
(*Kelly Lee Carroll*; CR24-202-1 JLR) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401