The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LEE-CARROLL,<br><br>Defendant. | NO. CR24-202-JLR<br><br>**ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS** |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to disburse funds toward criminal monetary impositions.

After reviewing the stipulated motion, and finding good cause, the Court enters the following ORDER:

//

//

//

//

Order Authorizing Clerk of Court to Accept Payment - 1
*United States v. Lee-Carroll,* CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Pursuant to Local Criminal Rule 38, the Clerk of Court is directed to draw a check on the funds deposited in the registry of this court in the principal amount of $508,101.31, to be applied to the criminal monetary penalties imposed in this case.

DATED:  April 2, 2026

THE HON. JAMES L. ROBART
United States District Judge

Presented by:

_s/ Krista K. Bush_
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order Authorizing Clerk of Court to Accept Payment - 2
_United States v. Lee-Carroll,_ CR24-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970